UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-00481 JGB (KKx) | Date | February 2, 2018 |
| Title | *Hoang Minh Le v. Baldwin Park Plaza, LLC* | | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) REQUIRING the Parties to Show Cause re: Lack of Prosecution; (2) COMPELLING the Parties to File Their Joint Rule 26(f) Report Not Later Than February 20, 2018; and (3) CONTINUING the Scheduling Conference to March 5, 2018 (IN CHAMBERS)

    Plaintiff Hoang Minh Le ("Plaintiff") filed a complaint against Defendant Baldwin Park Plaza, LLC on March 15, 2017. ("Complaint," Dkt. No. 1.) On July 5, 2017, Plaintiff requested the clerk enter default against Defendant Baldwin Park Plaza, LLC for failure to respond to the Complaint. (Dkt. No. 11.) The clerk entered default on July 6, 2017. (Dkt. No. 13.) On August 21, 2017, Plaintiff filed a first amended complaint against Baldwin Park Plaza, LLC and B. Mann's Properties, Inc. (Dkt. No. 14.) On December 8, 2017, Defendant B. Mann's Properties, Inc. filed an answer. (Dkt. No. 18.) Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1, and this Court's Order, the parties were required to file a Joint Rule 26(f) Report "**not later than 14 days** before [the date of] the scheduling conference." ("Order Setting Scheduling Conference," Dkt. No. 21 ¶ 1 (emphasis in original)); see also Fed. R. Civ. P. 26(f); L.R. 26-1.

    As of the date of this order, the parties have not filed their Joint Rule 26(f) Report. Accordingly, the Court, on its own motion, ORDERS the parties to show cause why this matter should not be dismissed for failure to prosecute, or monetary sanctions imposed. Link v. Wabash R. Co., 370 U.S. 626 (1962) (stating the court has inherent power to dismiss for lack of prosecution on its own motion). Each party is required to respond in writing, on or before February 12, 2018. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against either or both of the parties. The Court further ORDERS the parties to comply with its Order Setting Scheduling Conference and file a Joint Rule 26(f) Report

not later than February 20, 2018.  The Scheduling Conference currently scheduled for February 5, 2018 is CONTINUED to March 5, 2018 at 11:00 a.m.

    **IT IS SO ORDERED.**